IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRANDI CLANIN and
THOMAS CLANIN,
Plaintiffs,

v.

DEPUY SYNTHES, INC.,
Defendant.

Case No. 19–CV–00863–JPG

## JUDGMENT

This matter having come before the Court, and the Court having granted Plaintiffs Brandi and Thomas Clanin's motion for voluntary dismissal,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Complaint against Defendant DePuy Synthes, Inc. is **DISMISSED WITHOUT PREJUDICE**.

**Dated: Wednesday, April 8, 2020**          **MARGARET M. ROBERTIE**
                                              **CLERK OF COURT**

                                              **s/Tina Gray, Deputy Clerk**

**Approved by: s/J. Phil Gilbert**
              **J. PHIL GILBERT**
              **UNITED STATES DISTRICT JUDGE**